# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN McFARLAND and OTIS HARRIS,<br><br>        Plaintiffs,<br><br>  v.<br><br>B. ELLIS, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:06-CV-00212 OWW SMS P<br><br>ORDER STRIKING AMENDED COMPLAINT FROM RECORD DUE TO LACK OF SIGNATURE<br><br>(Doc. 7) |

      Plaintiff John McFarland and Otis Harris are federal prisoners proceeding pro se in this civil action pursuant to 42 U.S.C. § 2000cc-1, the Religious Land Use and Institutionalized Persons Act of 2000 ("RLUIPA"). Plaintiffs filed this action on February 24, 2006. On May 22, 2006, an amended complaint was filed. However, neither plaintiff signed the amended complaint. Each document submitted for filing must include the original signature of the filing party or parties, Local Rule 7-131; Fed. R. Civ. P. 11(a), and all documents submitted without the required signature(s) will be stricken.

      Accordingly, the amended complaint filed on May 22, 2006 is HEREBY STRICKEN based on plaintiffs' failure to sign it.

IT IS SO ORDERED.

**Dated:**   **October 4, 2006**                                     /s/ Sandra M. Snyder
i0d3h8                                                        UNITED STATES MAGISTRATE JUDGE