UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN McFARLAND, | 1:06-cv-00212-OWW-SMS PC |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 14) |
| vs. | **ORDER DISMISSING CERTAIN CLAIMS, WITHOUT PREJUDICE** (Doc. 13) |
| B. ELLIS, et al., | |
| Defendants. | |

Plaintiff John McFarland ("plaintiff") is a federal prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 2000cc-1 (the Religious Land Use and Institutionalized Persons Act of 2000 ("RLUIPA")), and Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On April 4, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings

1

and Recommendations was to be filed within thirty days.  On April 20, 2007, plaintiff filed partial objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Findings and Recommendations, filed April 4, 2007, is ADOPTED IN FULL;

2.  This action shall proceed on plaintiff's amended complaint, filed November 8, 2006, against defendants Ellis, Wrigley, Cornell, Uzzle, and Nelson for violation of RLUIPA, the Free Exercise Clause of the First Amendment, and the Equal Protection Clause of the Fifth Amendment, arising from plaintiff's allegations concerning the November 2005 ceremonial meal request; and,

3.  Plaintiff's claims involving a request prayer oil which accrued in the spring of 2006, and a ceremonial meal request initiated in September of 2006 are DISMISSED, without prejudice.

IT IS SO ORDERED.

**Dated:   June 5, 2007**                 /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE