# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN McFARLAND, | CASE NO. 1:06-cv-00212-OWW-SMS PC |
| Plaintiff, | ORDER VACATING FINDINGS AND RECOMMENDATIONS FILED ON FEBRUARY 12, 2008 |
| v. | |
| B. ELLIS, et al., | (Doc. 19) |
| Defendants. | |

On February 12, 2008, a Findings and Recommendations was filed in this case. The Findings and Recommendations is HEREBY VACATED. Plaintiff shall disregard the Findings and Recommendations and shall respond to the Order to Show Cause issued concurrently with this order.

IT IS SO ORDERED.

**Dated:   February 13, 2008**           /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE