# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN McFARLAND, | CASE NO. 1:06-cv-00212-OWW-SMS PC |
| Plaintiff, | ORDER DISMISSING ACTION PURSUANT TO RULE 4(M) FOR FAILURE TO EFFECT SERVICE OF PROCESS |
| v. | |
| B. ELLIS, et al., | (Doc. 21) |
| Defendants. | |

Plaintiff John McFarland ("Plaintiff") is a federal prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 2000cc-1, the Religious Land Use and Institutionalized Persons Act of 2000 ("RLUIPA"). Plaintiff filed this action on February 24, 2006.

Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

On July 9, 2007, the Court issued an order requiring Plaintiff to effect service of summonses and the amended complaint on Defendants Ellis, Wrigley, Cornell, Uzzle, and Nelson within one-hundred twenty days. On February 13, 2008, after more than one-hundred twenty days passed without any evidence that service had been effected, the Court ordered Plaintiff to show cause within thirty days why this action should not be dismissed. More than thirty days have passed and Plaintiff has not complied with or otherwise responded to the Court's order.

1    Accordingly, pursuant to Rule 4(m), this action is HEREBY DISMISSED, without prejudice,
2 for failure to effect service of process on Defendants.

4 IT IS SO ORDERED.

5 **Dated:   May 7, 2008**                              /s/ Oliver W. Wanger
                                                                   UNITED STATES DISTRICT JUDGE